# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
MARC DEVEAUX,

            Plaintiff,            23 **CIVIL** 1115 (AT)

  -against-                 **JUDGMENT**

PETER A. BORDES, JR.,

            Defendant.
------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 10, 2024, the Court GRANTS Bordes' motion for summary judgment and DISMISSES Bordes' counterclaim; accordingly, the case is closed.

**Dated:** New York, New York
      September 10, 2024

                                          **DANIEL ORTIZ**
                                          **Acting Clerk of Court**

                    **BY:** _____
                                          **Deputy Clerk**